UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEVERE RECORDS and ] | |
| CHRIS SEVIER ] | |
|    Plaintiffs, ] | |
| ] | |
| v. ] | No. 3:11-0435 |
| ] | Judge Campbell |
| NANCY JONES, et al. ] | |
|    Defendants. ] | |

**O R D E R**

On May 12, 2011, an order (Docket Entry No.4) was entered denying the plaintiffs' application to proceed in forma pauperis. At that time, they were granted thirty (30) days in which to pay the $350 fee required to file their *pro se* civil complaint (Docket Entry No.1).

The plaintiffs have not yet paid the filing fee as directed. Instead, they have filed a Motion to Consolidate (Docket Entry No. 7).

Until the question of the filing fee has been resolved, the plaintiffs' Motion to Consolidate is premature. For that reason, the Motion is hereby DENIED.

It is so ORDERED.

Todd Campbell
United States District Judge