UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEVERE RECORDS and ] | |
| CHRIS SEVIER ] | |
|     Plaintiffs, ] | |
| ] | |
| v. ] | No. 3:11-0435 |
| ] | Judge Campbell |
| NANCY JONES, et al. ] | |
|     Defendants. ] | |

## O R D E R

On May 12, 2011, an order (Docket Entry No.4) was entered denying the plaintiffs' joint application to proceed in forma pauperis. The denial was based upon the fact that a corporate entity, such as Severe Records, could not proceed as a pauper. Rowland v. California Mens Colony, Unit II Mens' Advisory Council, 506 U.S. 194,201-204 (1993).

Since the entry of this order, the plaintiffs have filed a Motion (Docket Entry No.10) requesting that the corporate plaintiff, Severe Records, be allowed to withdraw from the lawsuit. In addition, the remaining plaintiff, Chris Sevier, asks the Court to reconsider its order denying him pauper status.

There has yet been no responsive pleading filed in the instant action. Therefore, to the extent that the corporate plaintiff seeks leave to withdraw from this litigation, his motion is GRANTED. Rule 41(a)(1)(A)(i), Fed.R.Civ.P.

With Severe Records no longer a party to this action, Chris Sevier believes that the Court should reconsider its decision to deny him pauper status.

According to his application to proceed in forma pauperis, the plaintiff has monthly income in excess of $1400. He owns a motor vehicle and has $600 in a checking account. From this information, the Court finds that the plaintiff has sufficient financial resources from which to pay the fee required to file his complaint.

Consequently, to the extent that the plaintiff moves this Court to reconsider its decision denying him pauper status, such motion is hereby DENIED.

It is so ORDERED.

_____
Todd Campbell
United States District Judge