IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER | ) |
| | ) |
| v. | ) NO. 3-11-0435 |
| | ) JUDGE CAMPBELL |
| NANCY JONES, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 25), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Nonsuit Contingent on Denial on the Fee Request in the Remanded Rich Case Before this Court (Docket No. 23) is DENIED.

IT IS SO ORDERED.

                                                                                       _____
                                                                                       TODD J. CAMPBELL
                                                                                       UNITED STATES DISTRICT JUDGE